1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENG H. YANG** ) | **CIV S-08-1027 EFB** |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 1, 2008 to February 27, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through January 2009.

/ / / /

/ / / /

/ / / /

1

Dated: November 25, 2008                    */s/Bess M. Brewer*
                                            BESS M. BREWER
                                            Attorney at Law

                                            Attorney for Plaintiff


Dated: November 25, 2008                    McGregor W. Scott

                                            United States Attorney

                                            /s/  *Sarah Ryan*
                                            SARAH RYAN

                                            Special Assistant U.S. Attorney
                                            Social Security Administration

                                            Attorney for Defendant


**ORDER**

The request is granted in part. The time for filing of plaintiff's motion for summary judgment is extended to January 15, 2009.

SO ORDERED.

DATED:  December 4, 2008.

                                            _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

2